# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE LOZANO,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. ED CV 13-2145 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: September 15, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE